An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMON GARCIA CASTRO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62482

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of battery with substantial bodily harm. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant Ramon Garcia Castro contends that the district court abused its discretion at sentencing. Castro claims that "he should have been sentenced to credit for time served." This court will not disturb a district court's sentencing determination absent an abuse of discretion. *See Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Castro's prison term of 24-60 months falls within the parameters provided by the relevant statutes. *See* NRS 193.130(2)(c) (category C felony punishable by "a minimum term of not less than 1 year and a maximum term of not more than 5 years" and a fine not to exceed $10,000); NRS 200.481(2)(b). Castro offers no argument or citation to legal authority in support of his claim;

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21471

therefore, we conclude that he fails to demonstrate that the district court abused its discretion at sentencing. Accordingly, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Stefany Miley, District Judge
     Mayfield, Turco & Gruber
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

_____

[1]Although we filed Castro's fast track statement, it fails to comply with the Nevada Rules of Appellate Procedure. The brief does not contain margins in compliance with NRAP 3C(h)(1) and NRAP 32(a)(4). Counsel for Castro is cautioned that the failure to comply with the briefing requirements in the future may result in the imposition of sanctions. *See* NRAP 3C(n).

We deny Castro's request for full briefing and oral argument. *See* NRAP 3C(k)(1).